WILLIAM L. BROSS
W. LEWIS GARRISON, JR.
HENINGER GARRISON DAVIS, LLC
2224 FIRST AVENUE NORTH
BIRMINGHAM, AL 35203
TELEPHONE: 205 326-3336
FACSIMILE: 205 326-3332

Attorneys for Plaintiff,
ANN BEVERLY, on behalf of the
Estate of Rex Beverly, deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No: 3:05-cv-05197-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Ann Beverly, on behalf of the Estate of Rex Beverly, deceased,<br>　　　　　Plaintiff,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　　Come now the Plaintiff, ANN BEVERLY, on behalf of the Estate of REX BEVERLY, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 3/16, 2009 | By: _William L. Bross signature_ |
| 3 | | William L. Bross |
| 4 | | Attorneys for Plaintiff, Ann Beverly, on behalf of the Estate of Rex Beverly, deceased |
| 5 | | |
| 6 | DATED: July 6, 2009 | By: _signature_ |
| 7 | | |
| 8 | | DLA PIPER LLP (US) |
| 9 | | 1251 Avenue of the Americas New York, NY 10020 |
| 10 | | Telephone: (212) 335-4500 Facsimile: (212) 335-4501 |
| 11 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 10, 2009

_____
Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE